**Cedric Togba BOBOY, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 04–60147.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Jan. 13, 2005.

Paul S. Zoltan, Law Office of Paul S. Zoltan, Dallas, TX, for Petitioner.

Thomas Ward Hussey, Director, Michael Peter Lindemann, U.S. Department of Justice Office of Immigration Litigation, Douglas Ginsburg, U.S. Department of Justice Civil Division Immigration Litigation, Caryl G. Thompson, Washington, DC, Room T8011, U.S. Immigration & Naturalization Service District Directors, Office, New Orleans, LA, for Respondent.

John Ashcroft, U.S. Department of Justice, Washington, DC, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Petitioner Cedric Togba Boboy, a native and citizen of the Democratic Republic of Congo, petitions this court for review of a decision of the Board of Immigration Appeals (BIA) denying his application for asylum and withholding of removal under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the Convention Against Torture. Boboy also seeks the appointment of counsel. As Boboy has since obtained private counsel, his motion is DENIED as moot.

In rejecting Boboy's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Boboy lacked credibility. We hold that the IJ's credibility findings were reasonable and supported by substantial evidence. *See Chun v. INS,* 40 F.3d 76, 79 (5th Cir.1994). Accordingly, Boboy's petition for review is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.